**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                                            CASE NO: 3:14-cr-35-J-32JBT

TIMOTHY LARRY MALDEN

## O R D E R

In this counterfeiting case, Defendant filed a motion to suppress certain statements made at an interview at the United States Secret Service's Jacksonville field office, arguing that the statements were involuntary and were taken in violation of his right to counsel and his right against self-incrimination. (Doc. 58). The government responded (Doc. 74), and the assigned United States Magistrate Judge held an evidentiary hearing on the matter (Doc. 84) and issued a detailed Report and Recommendation (Doc. 87). Defendant objected to the Report and Recommendation (Doc. 89), and the government responded to Defendant's objections (Doc. 94).

In accordance with FED. R. CRIM. P. 59(b), the Court has reviewed the Report and Recommendation de novo. See United States v. Garcia, 853 F. Supp. 2d 1177, 1180 (M.D. Fla. 2011). Upon review of the parties' filings and the transcript of the evidentiary hearing, the Court accepts the Magistrate Judge's credibility findings and agrees with his findings of fact and conclusions of law. See United States v. Powell, 628 F.3d 1254, 1257 (11th Cir. 2010) (noting that a district judge may either accept the magistrate judge's findings regarding credibility after reading the record or come

to an independent decision after hearing the testimony in person). The Court therefore overrules Defendant's objections.

Accordingly, it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 87) is **ADOPTED** as the opinion of the Court.

2. Defendant's Motion to Suppress (Doc. 58) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida this 13th day of November, 2014.

TIMOTHY J. CORRIGAN
United States District Judge

w.
Copies:

Honorable Joel B. Toomey
United States Magistrate Judge

Kevin C. Frein, AUSA
Alan E. Rosner, Esquire
Defendant